ALBANY,
August, 1814.

ADMINISTRATORS OF TILTON *against* WILLIAMS.

TILTON'S
ADM'S.
v.
WILLIAMS.

THIS was an action of *trover*. The declaration contained several counts. In some of them, the *trover* and conversion were laid in the lifetime of the intestate, and in others, they were laid after his death, and after letters of administration were granted. The jury found a verdict for the defendant ; and the judge, before whom the cause was tried, certified, that the evidence offered on the part of the plaintiffs applied to the count, charging the *trover* and conversion to have been after the death of the intestate, and after letters of administration were granted to the plaintiffs.

*Hamilton*, for the defendant, now moved for costs. He cited 10 *East*, 293.

*T. Sedgwick*, contra. He cited 4 *Term Rep.* 477. 7 *Term Rep.* 358. 2 *Bos. & Pull.* 253. 2 *Chitty's Pl.* 326.

*Per Curiam.* The decisions in the *English* courts on this subject appear to be very contradictory. (4 *Term Rep.* 277. 10 *East*, 293.) It is, however, well settled, that when the declaration contains only one count, stating the *trover* and conversion to have been in the lifetime of the intestate, the plaintiff, although he fails in his action, is not subjected to the payment of costs. And it is equally well settled, that when the *trover* and conversion are laid to have been after the death of the intestate, and after letters of administration granted, if the plaintiff fails, he must pay costs ; because there was no necessity for his suing in his representative character. If, therefore, the mode of declaring, which has been adopted in this case, be allowed, and which seems to be sanctioned by the authorities and precedents, it becomes necessary to inquire to which count in the declaration the proof applied, in order to prevent the defendant from being prejudiced, by the mere form of declaring : and no objection can arise to the receiving the certificate of the judge as evidence of that fact.

Our act, which exempts executors and administrators from the payment of costs, when prosecuting in the right of their

In an action of *trover* brought by *administrators*, the declaration contained several counts, some charging the *trover* and conversion to have been in the lifetime of the intestate, and some after his death, and after letters of administration were granted ; the jury found a verdict for the defendant, and the judge, before whom the cause was tried, certified, that the evidence on the part of the plaintiff applied to the latter counts ; it was held that the defendant was entitled to costs.

The *exception* in the act, relative to *costs*, (1 *N. R. L.* 343. sess. 36. c. 96. s. 2.) of *executors and administrators*, applies only to cases where they necessarily sue in their representative character.

ALBANY,
August, 1814.

testator or intestate, can apply only to cases where it is necessary for them to prosecute in their representative character. It must, therefore, receive the same construction as the *English* statute, (23 *Hen.* VIII. c. 15.) although that contains no such express exception. We are, accordingly, of opinion, that the defendant is entitled to recover costs against the plaintiffs.